**UNITED DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ANNA'S SEAFOOD, INC., a California corporation,

Plaintiff,

v.

CUSTOM SEAFOOD SERVICES, INC., a Washington corporation,

Defendant.

Case No.: 3:26-CV-02314-LJC

**ORDER GRANTING STIPULATION FOR PARTIES TO APPEAR REMOTELY VIA ZOOM AT THE AUGUST 25, 2026, HEARING**

Honorable Magistrate Judge Lisa J. Cisneros
Courtroom G – 15th Floor

**ORDER**

The parties' Stipulation to appear remotely at the August 25, 2026, hearing in the above-referenced matter regarding defendant Custom Seafood Services, Inc.'s motion to set aside entry of default, came before the Court, Hon. Magistrate Judge Lisa J. Cisneros presiding.

The Court, having considered the stipulation, and having shown good cause, GRANTS the Stipulation. The parties' counsel may appear remotely at the August 25, 2026, hearing.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: July 15, 2026

Magistrate Lisa J. Cisneros