WILLIAMS, KASTNER & GIBBS PLLC
Theresa H. Rava, SBN 272343
trava@williamskastner.com
601 Union Street, Suite 4000
Seattle, WA 98101
Telephone: (206) 628-6600
Fax: (206) 628-6611

*Attorneys for Defendant Custom Seafood Services, Inc.*

**UNITED DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANNA'S SEAFOOD, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM SEAFOOD SERVICES, INC., a Washington corporation,<br><br>Defendant. | Case No.: 3:26-CV-02314-WHO<br><br>**JOINT STIPULATION, DECLARATION, AND ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT AND RESETTING BRIEFING SCHEDULE**<br><br>**(Civil L.R. 6-1, 6-2 & 7-12)**<br><br>Judge: Hon. William H. Orrick<br>Dept: Courtroom 2 – 17th Floor |

Plaintiff Anna's Seafood, Inc. ("Plaintiff") and Defendant Custom Seafood Services, Inc. ("Defendant") (together, the "Parties"), through their counsel of record, submit this Joint Stipulation under Civil Local Rules 6-1, 6-2, and 7-12 and ask the Court to enter the [*Proposed*] Order below.

**RECITALS**

WHEREAS the hearing on the Motion for Summary Judgment [ECF No. 48] (the "Motion") is currently set for January 6, 2027;

WHEREAS the deadlines for the opposition is set at November 27, 2026, and the reply is due December 4, 2027;

WHEREAS James A. Hennefer, lead counsel for Plaintiff, has been hospitalized and cannot prepare the opposition or attend the hearing on the current schedule;

WHEREAS Joseph Wood, Mr. Hennefer's law partner at Hennefer & Wood, LLP, asked Defendant's counsel to stipulate to a 30-day continuance of the hearing and a corresponding resetting of the briefing deadlines;

WHEREAS Defendant's counsel does not oppose the request and has agreed to this Stipulation;

WHEREAS the requested continuance is not sought for delay and will not prejudice any party;

NOW, THEREFORE, the Parties stipulate and respectfully request that the Court order as follows:

**STIPULATION**

1. The hearing on the Motion now set for January 6, 2027, is VACATED and continued to **February 10, 2027** at 10:00a.m., or to the first date after that on which the Court's calendar permits.

2. The current briefing deadlines on the Motion are VACATED.

3. The new briefing deadlines on the Motion are:

a. The opposition to the Motion is due on or before **January 20, 2027** (21 days before the continued hearing).

b. The reply in support of the Motion is due on or before **January 27, 2027** (14 days before the continued hearing).

4. If the Court sets the hearing on a date other than February 10, 2027, the opposition is due 21 days before the new hearing date and the reply is due 14 days before the new hearing date.

5. This Stipulation changes no other date or deadline in this action.

IT IS SO STIPULATED.

Dated: November 24, 2026

HENNEFER & WOOD, LLP

By: */s/James A. Hennefer*
Joseph Wood
50 California Street, Suite 1500
San Francisco, CA 94111
415-421-6100
Email: jhennefer@hennefer-wood.com

*Attorneys for Plaintiff Anna's Seafood, Inc.*

WILLIAMS KASTNER & GIBBS, PLLC

By: */s/Theresa H. Rava*
Theresa H. Rava
601 Union Street, Suite 4000
Seattle, WA 98101
206-628-6600
Email: trava@williamskastner.com

*Attorneys for Defendant Custom Seafood Services, Inc.*

Pursuant to Civil Local Rule 5-1(i)(3), I, Theresa H. Rava, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/Theresa H. Rava*
Theresa H. Rava

**DECLARATION OF JOSEPH WOOD**

I, Joseph Wood, declare:

1. I am an attorney licensed to practice in California and a partner of Hennefer & Wood, LLP, counsel of record for Plaintiff Anna's Seafood, Inc. I have personal knowledge of the facts in this declaration and could testify competently to them.

2. James A. Hennefer, Plaintiff's lead counsel and my law partner, has been hospitalized was hospitalized on November 19, 2026. Because of his hospitalization, he cannot prepare Plaintiff's briefing on the Motion or attend the hearing now set for January 6, 2027. Mr. Hennefer has handled this matter from the start, and Plaintiff would be prejudiced if it had to brief and argue the Motion without him. On November 23, 2026, I asked Defendant's counsel to stipulate to a 30-day continuance of the hearing and a corresponding resetting of the briefing deadlines. Defendant's counsel agreed and does not oppose the request.

3. The requested change moves the hearing on the Motion from January 6, 2027 to February 10, 2027 and resets the opposition and reply deadlines to match. It changes no other date or deadline in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 24, 2026, at San Francisco, California.

*/s/Joseph Wood*
Joseph Wood

Pursuant to Civil Local Rule 5-1(i)(3), I, Theresa H. Rava, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/Theresa H. Rava*
Theresa H. Rava

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on the Motion for Summary Judgment set for January 6, 2027 is VACATED and continued to February 10, 2027 at 10:00 a.m. The current briefing deadlines are VACATED. The opposition is due by January 20, 2027, and the reply is due by January 27, 2027.

Dated: November 25, 2026

Hon. William H. Orrick
United States District Judge